1056

[No. 64121-2-I. Division One. September 13, 2010.]

CHASE HOME FINANCE, LLC, *Respondent*, v. NORTHWEST TRUSTEE SERVICES, INC., ET AL., *Defendants*, SCOTT SHUMWAY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-07877-7, Linda C. Krese, J., entered August 12, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 64274-0-I. Division One. September 13, 2010.]

JOHN BENJAMIN FREEMAN, *Appellant*, v. GARY C. BERGAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-18082-2, Steven C. Gonzalez, J., entered October 2, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Cox and Leach, JJ.

[Nos. 64278-2-I; 65279-1-I. Division One. September 13, 2010.]

*In the Matter of the Dependency of* J.L.C. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. NIKKI COOPER, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 08-7-01219-7, David A. Kurtz, J., entered August 27, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Ellington and Lau, JJ.

[No. 64444-1-I. Division One. September 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE A. GUERRERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04357-1, William L. Downing, J., entered October 12, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Lau and Spearman, JJ.